No. 70–5266.  LLOYD ET AL. *v.* THIRD JUDICIAL DISTRICT COURT IN AND FOR SALT LAKE COUNTY.  Appeal from Sup. Ct. Utah.  Motion for leave to proceed *in forma pauperis* granted.  Judgment vacated and case remanded for further consideration in light of *Boddie* v. *Connecticut,* 401 U. S. 371 (1971).

No. 71–5318.  GARNER *v.* ROCKEFELLER, GOVERNOR OF NEW YORK, ET AL.  Appeal from C. A. 2d Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 71–596.  SCRAP LOADERS, INC. *v.* PACIFIC COAST SHIPPING CO., LIBERIA; and

No. 71–602.  PACIFIC COAST SHIPPING CO., LIBERIA *v.* RYAN.  C. A. 9th Cir.  Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Usner* v. *Luckenbach Overseas Corp.,* 400 U. S. 494 (1971), and *Victory Carriers, Inc.* v. *Law, ante,* p. 202.  Reported below: 448 F. 2d 525.

No. 71–5368.  DEMINO *v.* NEW YORK.  Ct. App. N. Y.  Motion for leave to proceed *in forma pauperis* and certiorari granted.  Judgment reversed. *Price* v. *Georgia,* 398 U. S. 323 (1970).

No. 70–88.  S&E CONTRACTORS, INC. *v.* UNITED STATES.  Ct. Cl.  [Certiorari granted, 402 U. S. 971.] Case restored to calendar for reargument.